

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANGEL IBANEZ-VARGAS | CASE NUMBER: 08CR2953JAH |

I, ANGEL IBANEZ-VARGAS, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-2-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Angel Ibañez V.
Defendant

Counsel for Defendant

Before _____
Judicial Officer

FILED
SEP - 2 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY